207 F.2d 780
 LOCAL UNION NO. 292, INTERNATIONAL BROTHERHOOD OF ELECTRICAL
WORKERS, Appellant,
v.
UNITED STATES of America.
 No. 14842.
 United States Court of Appeals
Eighth Circuit.
 Oct. 7, 1953.
 
 Nichols, Mullin, Farnand & Lee, Minneapolis, Minn., for appellant.
 Edward P. Hodges, Acting Asst. Atty. Gen., Washington, D.C., and George E. MacKinnon, U.S. Atty., Minneapolis, Minn., for appellee.
 PER CURIAM.
 
 
 1
 Appeal from District Court dismissed, on motion of appellant.